## NORTHPOINT TECHNOLOGY, LTD., Plaintiff–Appellant,

v.

## MDS AMERICA and MDS International, S.A.R.L., Defendants–Cross Appellants.

### No. 04–1381, 04–1398.

United States Court of Appeals, Federal Circuit.

Aug. 31, 2004.

Laughlin, Jr., James H., Swidler Berlin, Washington, DC, for Defendants–Cross Appellants.

Michael K. Kellogg, Kellogg, Huber, for Plaintiff–Appellant.

### ORDER

Upon consideration of the parties' joint motion to voluntarily dismiss these appeals,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.